Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ASPEN GROVE OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PARK PROMENADE APARTMENTS, LLC, a California limited liability company, et al.,<br><br>　　　　Defendants. | CASE NO. C09-1110-JCC<br><br>ORDER |

The Court has reviewed the relevant briefing of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. (Dkt. No. 137.) As no party has entered an objection, the Report and Recommendation is ADOPTED. It is therefore ORDERED:

(1) Defendants' Motion for Contempt (Dkt. No. 95) is DENIED;

(2) Nonparty Phillips Real Estate Services is ORDERED to conduct an additional document review, and to make available for review and duplication any

ORDER
PAGE -1

additional documents within ten days of the date of this Order; and

(3) The Clerk shall forward a copy of this Order to all parties and to Magistrate Judge Mary Alice Theiler.

DATED this 27th day of August, 2010.

*[signature]*

JOHN C. COUGHENOUR
United States District Judge

ORDER
PAGE -2