01 Honorable John C. Coughenour

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| ASPEN GROVE OWNERS ASSOCIATION, a Washington non-profit corporation, | ) ) ) CASE NO. C09-1110-JCC ) |
| Plaintiff, | ) ) |
| v. | ) ORDER ) |
| PARK PROMENADE APARTMENTS, LLC, a California limited liability company, et al., | ) ) ) ) |
| Defendants. | ) ) |

The Court has reviewed the relevant briefing of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. (ECF No. 14.) As no party has entered an objection, the Report and Recommendation is ADOPTED. It is therefore ORDERED:

(1) Defendant's Motion to compel discovery (ECF No. 116) is GRANTED in part and DENIED in part; and

//

ORDER
PAGE -1

01     (2)    The Clerk shall forward a copy of this Order to all parties and to Judge Theiler.

02     DATED this 23rd day of September, 2010.

 

 

                           */s/ John C. Coughenour*

    JOHN C. COUGHENOUR
    United States District Judge

ORDER
PAGE -2